# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| JOHN DOE, a/k/a Theotis Leonard, a/k/a Rashide Campbell, a/k/a Tony, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No.  2:11-cr-00136-GZS<br>2:15-cv-00407-GZS |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 169) filed November 15, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** as follows:

1. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 cases;

2. Petitioner's Motion for habeas relief under 28 U.S.C. §2255 (ECF No. 139, as supplemented by ECF No. 159) is hereby **DISMISSED;**

3. A certificate of appealability is **DENIED** pursuant to Rule 11 of the Rules Governing Section 2255 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

      /s/ George Z. Singal
      United States District Judge

Dated this 31st day of January, 2017.