## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:11-cr-00136-GZS |
| JOHN DOE, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (COMPASSIONATE RELEASE)**

Upon the motion of the Defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the Motion (ECF No. 188) and Related Motions (ECF Nos. 192 193, 195) are

☐ GRANTED

☐ The defendant's previously imposed sentence of imprisonment of _____ is reduced to _____. If this sentence is less than the amount of time the defendant already served, the sentence is reduced to a time served; or

☐ Time served.

If the defendant's sentence is reduced to time served:

☐ This order is stayed for up to fourteen days, for the verification of the defendant's residence and/or establishment of a release plan, to make appropriate travel arrangements, and to ensure the defendant's safe release. The defendant shall be released as soon as a residence is verified, a release

> plan is established, appropriate travel arrangements are made, and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, the parties shall immediately notify the court and show cause why the stay should be extended; or
>
> ☐ There being a verified residence and an appropriate release plan in place, this order is stayed for up to fourteen days to make appropriate travel arrangements and to ensure the defendant's safe release. The defendant shall be released as soon as appropriate travel arrangements are made and it is safe for the defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure the defendant's safe release, then the parties shall immediately notify the court and show cause why the stay should be extended.

☐ The defendant must provide the complete address where the defendant will reside upon release to the probation office in the district where they will be released because it was not included in the motion for sentence reduction.

☐ Under 18 U.S.C. § 3582(c)(1)(A), the defendant is ordered to serve a "special term" of ☐ probation or ☐ supervised release of _____ months (not to exceed the unserved portion of the original term of imprisonment).

> ☐ The defendant's previously imposed conditions of supervised release apply to the "special term" of supervision; or

2

☐ The conditions of the "special term" of supervision are as follows:

☐ The defendant's previously imposed conditions of supervised release are unchanged:

☐ The defendant's previously imposed conditions of supervised release are modified as follows:

☐ DEFERRED pending supplemental briefing and/or a hearing.  The court DIRECTS the United States Attorney to file a response on or before Click or tap here to enter text., along with all Bureau of Prisons records (medical, institutional, administrative) relevant to this motion.

☒ DENIED after complete review of the motion on the merits.

   ☒ Factors Considered (Optional)

**Having reviewed the prison records and all of the materials submitted (ECF Nos. 192, 193, 195–97) since the docketing of the Order to Show Cause (ECF No. 191), the Court acknowledges Defendant's ongoing significant issues related to an emergency back surgery he underwent in 2018.  The Court also notes that in his most recent filing Defendant indicated that he is due to be transferred to a BOP medical facility for further treatment of these issues.  Having fully considered the entire docket, the Court concludes that Defendant has not met his burden of establishing that extraordinary and compelling reasons presently warrant a reduction in his sentence, or that he otherwise currently qualifies for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A).  The Court also concludes on the current record, giving due weight to the nature and circumstances of the underlying offense, that Defendant has not shown that he will not be a danger to the community if he was granted**

**release at this time.  In reaching this conclusion, the Court has considered all of the factors listed 18 U.S.C. § 3553(a), as well as the factors listed in 18 U.S.C. § 3142(g).  This denial is without prejudice to Defendant filing a renewed motion based on further medical developments and future treatment needs.**

☐ DENIED WITHOUT PREJUDICE because the defendant has not exhausted all administrative remedies as required in 18 U.S.C. § 3582(c)(1)(A), nor have 30 days lapsed since receipt of the defendant's request by the warden of the defendant's facility.

SO ORDERED.

                                         /S/ George Z. Singal
                                         United States District Judge

Dated this 12th day of November, 2020.